# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FRANK TAYLOR, IDOC # R29532,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 12-109-GPM |
| | ) |
| **DR. PAUL,** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

This action came before the Court on Plaintiff's motion to proceed *in forma pauperis* (Doc. 2). On February 23, 2012, Plaintiff was ordered to pay the $350.00 filing fee in this case not later than March 9, 2012 (Doc. 7). This date has since passed and Plaintiff has not tendered the filing fee in full to this Court. As a result, **IT IS HEREBY ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). All pending motions are **DENIED as moot**. The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

DATED: March 15, 2012

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge
